NOTE.

GEORGE MCALISTER *vs.* JOHN E. OSBORNE.

June 2, 1890.

Appeal by plaintiff from a judgment of the district court for Hennepin. county, where the action was tried by *Lochren,* J.

*Hale & Peck,* for appellant.

*Weed Munro,* for respondent.

GILFILLAN, C. J. This case follows the decision in *Wilson* v. *Wilson,. supra,* p. 398.

Judgment affirmed.